**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:21-CV-27-TBR**

AMANDA HINES
*formerly known as*
Amanda Stringer                                                                    PLAINTIFF

V.

AFFORDABLE DENTURES & IMPLANTS-
KENTUCKY, PLLC, *formerly known as* Heath Bryan
Coleman DDS of Kentucky *doing business as*
DDS Dentures + Implant Solutions of Paducah, KY                DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.  This case is now closed.

All deadlines, telephonic conferences, and the jury trial are vacated/cancelled.

Thomas B. Russell, Senior Judge
United States District Court

July 19, 2022

cc: Counsel